# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN MATTHEW DIVINCENZO,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES YOUNG, et al.,<br><br>Defendants. | Case No. 1:14-cv-00004-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 8)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed a notice of voluntary dismissal on March 14, 2014 stating he is voluntarily dismissing his claim with prejudice. (ECF No. 8.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's March 14, 2014 notice is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  March 17, 2014                        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

1